David W. Wiltenburg
Christopher K. Kiplok
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for Plaintiff-Appellant
WestLB AG New York Branch

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>ENRON CORP., *et al.*,<br><br><br>                                                    Debtors. | Chapter 11<br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| WESTLB AG NEW YORK BRANCH,<br><br>                                                    Plaintiff,<br><br>vs.<br><br>TPS MCADAMS, LLC, and<br>QUACHITA POWER, LLC,<br><br>                                                    Defendants. | <br><br><br><br>Adv. Proc. No. 05-03214 (AJG) |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 158(a)(1), WestLB AG New York Branch ("WestLB") hereby appeals to the United States District Court for the Southern District of New York from the Order Granting Defendants' Motions to Dismiss the Amended Complaint (the "Order"), dated July 16, 2007 [Adv. Proc. Docket No. 55] entered in the above-referenced proceeding. A copy of the Order is attached hereto as Exhibit 1.

60000766_1.DOC

The parties to this appeal and their respective counsel are:

**Appellant and Counsel**

**WestLB AG New York Branch**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
Attn:   David W. Wiltenburg, Esq.
           Christopher K. Kiplok, Esq.

*Attorneys for WestLB AG New York Branch*

**Appellees and Counsel**

**TPS McAdams, LLC**

Hunton & Williams LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000
Attn:   Brian V. Otero, Esq.
           Stephen R. Blacklocks, Esq.

*Attorneys for TPS McAdams, LLC*

**Quachita Power, LLC**

Dewey Pegno & Kramarsky LLP
220 East 42nd Street
New York, New York 10017
(212) 943-9000
Attn:   David S. Pegno, Esq.
           Keara A. Bergin, Esq.
           Debbie Klein, Esq.

*Attorneys for Quachita Power, LLC*

WestLB reserves the right to amend this Notice of Appeal.

Dated: New York, New York
July 25, 2007

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____
David W. Wiltenburg
Christopher K. Kiplok
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Attorneys for Plaintiff-Appellant
WestLB AG New York Branch