

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| ENRON CORP., *et al.*, | Case No. 01-16034 (AJG) |
| | Jointly Administered |
| Debtors. | |
| WESTLB AG NEW YORK BRANCH, | |
| Appellant, | |
| vs. | S.D.N.Y. No. 1:07-cv-7411-BSJ |
| TPS MCADAMS, LLC, and QUACHITA POWER, LLC, | |
| Appellees. | |

### STIPULATION AND ORDER

WestLB AG New York Branch ("WestLB"), TPS McAdams, LLC ("McAdams"), and Quachita Power, LLC ("Quachita") hereby stipulate and agree as follows:

1. WestLB's time to serve and file an opening brief in this appeal shall be extended from September 10, 2007 to and including October 1, 2007.

2. McAdams' and Quachita's time to serve and file response briefs in this appeal shall be extended from September 25, 2007 to and including October 31, 2007.

3. WestLB's time to serve and file a reply brief in this appeal shall be extended from October 5, 2007 to and including November 14, 2007.

4. This is the first request for an extension.

2

5.  A facsimile signature shall be treated as an original signature, and this Stipulation may be executed in counterparts, each of which shall constitute an original.

| | |
|---|---|
| Dated: New York, New York<br>August 23, 2007 | HUGHES HUBBARD & REED LLP<br><br>By: _____<br>David W. Wiltenburg<br>Christopher K. Kiplok<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br><br>Attorneys for Appellant<br>WestLB AG New York Branch |
| Dated: New York, New York<br>August 24, 2007 | DEWEY PEGNO & KRAMARSKY LLP<br><br>By: _____<br>David S. Pegno<br>220 East 42nd Street<br>New York, New York 10017<br><br>Attorneys for Appellee Quachita Power, LLC |
| Dated: New York, New York<br>August 24, 2007 | HUNTON & WILLIAMS LLP<br><br>By: _____<br>Brian V. Otero<br>200 Park Avenue, 52nd Floor<br>New York, New York 10166-0136<br><br>Attorneys for Appellee TPS McAdams, LLC |
| Dated: New York, New York<br>August 27, 2007 | SO ORDERED:<br><br>_____<br>Honorable Barbara S. Jones<br>United States District Judge |

60011794_1.DOC