

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| ENRON CORP., *et al.*, | Case No. 01-16034 (AJG) |
| | Jointly Administered |
| Debtors. | |
| WESTLB AG NEW YORK BRANCH, | |
| Appellant, | |
| vs. | S.D.N.Y. No. 1:07-cv-7411-BSJ |
| TPS MCADAMS, LLC, and QUACHITA POWER, LLC, | |
| Appellees. | |

## STIPULATION AND ORDER

WestLB AG New York Branch ("WestLB"), TPS McAdams, LLC ("McAdams"), and Quachita Power, LLC ("Quachita") hereby stipulate and agree as follows:

1. WestLB's time to serve and file an opening brief in this appeal shall be extended from September 10, 2007 to and including October 1, 2007.

2. McAdams' and Quachita's time to serve and file response briefs in this appeal shall be extended from September 25, 2007 to and including October 31, 2007.

3. WestLB's time to serve and file a reply brief in this appeal shall be extended from October 5, 2007 to and including November 14, 2007.

4. This is the first request for an extension.

60011794_1.DOC

5.  A facsimile signature shall be treated as an original signature, and this Stipulation may be executed in counterparts, each of which shall constitute an original.

Dated: New York, New York
August 23, 2007

HUGHES HUBBARD & REED LLP

By: _____
David W. Wiltenburg
Christopher K. Kiplok
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Appellant
WestLB AG New York Branch

Dated: New York, New York
August 24, 2007

DEWEY PEGNO & KRAMARSKY LLP

By: _____
David S. Pegno
220 East 42nd Street
New York, New York 10017

Attorneys for Appellee Quachita Power, LLC

Dated: New York, New York
August 24, 2007

HUNTON & WILLIAMS LLP

By: _____
Brian V. Otero
200 Park Avenue, 52nd Floor
New York, New York 10166-0136

Attorneys for Appellee TPS McAdams, LLC

Dated: New York, New York
August 30, 2007

SO ORDERED:

_____
For Honorable Barbara S. Jones
United States District Judge
**LAURA TAYLOR SWAIN U.S.D.J.**

60011794_1.DOC