

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>ENRON CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| WESTLB AG NEW YORK BRANCH,<br><br>Appellant,<br><br>vs.<br><br>TPS MCADAMS, LLC, and<br>QUACHITA POWER, LLC,<br><br>Appellees. | S.D.N.Y. No. 1:07-cv-7411-BSJ |

### STIPULATION AND ORDER

WestLB AG New York Branch ("WestLB"), TPS McAdams, LLC ("McAdams"), and Quachita Power, LLC ("Quachita") hereby stipulate and agree as follows:

1. WestLB's time to serve and file an opening brief in this appeal shall be extended from October 1, 2007 to and including October 8, 2007.

2. McAdams' and Quachita's time to serve and file response briefs in this appeal shall be extended from October 31, 2007 to and including November 7, 2007.

3. WestLB's time to serve and file a reply brief in this appeal shall be extended from November 14, 2007 to and including November 21, 2007.

4. This is the second request for an extension.

60024006_1.DOC

5.   A facsimile signature shall be treated as an original signature, and this Stipulation may be executed in counterparts, each of which shall constitute an original.

Dated: New York, New York  
September 27, 2007

HUGHES HUBBARD & REED LLP

By: _____  
David W. Wiltenburg  
Christopher K. Kiplok  
One Battery Park Plaza  
New York, New York 10004  
(212) 837-6000

Attorneys for Appellant  
WestLB AG New York Branch

Dated: New York, New York  
September 27, 2007

DEWEY PEGNO & KRAMARSKY LLP

By: _____  
David S. Pegno  
220 East 42nd Street  
New York, New York 10017

Attorneys for Appellee Quachita Power, LLC

Dated: New York, New York  
September __, 2007

HUNTON & WILLIAMS LLP

By: _____  
Brian V. Otero  
200 Park Avenue, 52nd Floor  
New York, New York 10166-0136

Attorneys for Appellee TPS McAdams, LLC

Dated: New York, New York  
September __, 2007

SO ORDERED:

_____  
Honorable Barbara S. Jones  
United States District Judge  
10/1/07

60024006_1.DOC