Jones/S

David W. Wiltenburg
Christopher K. Kiplok
Daniel C. Doeschner
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for Appellant
WestLB AG, New York Branch



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/13/07

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| ENRON CORP., *et al.*, | Case No. 01-16034 (AJG) |
| Debtors. | Jointly Administered |
| WESTLB AG, NEW YORK BRANCH, | |
| Appellant, | |
| vs. | S.D.N.Y. No. 1:07-cv-7411-BSJ |
| TPS MCADAMS, LLC, and QUACHITA POWER, LLC, | |
| Defendants. | |

### STIPULATION AND ORDER OF WITHDRAWAL OF
### NOTICE OF APPEAL AS AGAINST APPELLEE QUACHITA POWER, LLC

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure,

Appellant WestLB AG, New York Branch ("WestLB") and Appellee Quachita Power,

LLC ("Quachita") hereby agree that WestLB's Notice of Appeal to the United States

District Court for the Southern District of New York, dated July 25, 2007 and filed on

this Court's docket on August 21, 2007 [Docket No. 1], from the Order Granting

60036789_1.DOC

Defendants' Motion to Dismiss the Amended Complaint, dated July 16, 2007, is hereby withdrawn, and that this appeal should be dismissed as against Quachita with prejudice.

Dated: New York, New York
November 6, 2007

HUGHES HUBBARD & REED LLP

By: _____
David W. Wiltenburg
Christopher K. Kiplok
Daniel C. Doeschner
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Appellant
WestLB AG, New York Branch

Dated: New York, New York
November 8, 2007

DEWEY PEGNO & KRAMARSKY LLP

By: _____
David S. Pegno
Keara A. Bergin
Debbie Klein
220 East 42nd Street
New York, New York 10017
(212) 943-9000

Attorneys for Appellee Quachita Power, LLC

Dated: New York, New York
November 13, 2007

SO ORDERED:

_____
Barbara S. Jones
United States District Judge

60036789_1.DOC