David W. Wiltenburg
Christopher K. Kiplok
Daniel C. Doeschner
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for Appellant
WestLB AG, New York Branch

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| IN RE:<br><br>ENRON CORP., *et al.*,<br><br>                        Debtors.<br><br>WESTLB AG, NEW YORK BRANCH,<br><br>                        Appellant,<br><br>                        vs.<br><br>TPS MCADAMS, LLC, and<br>QUACHITA POWER, LLC,<br><br>                        Defendants. | Chapter 11<br><br>Case No. 01-16034 (AJG)<br><br>Jointly Administered<br><br><br><br><br><br>S.D.N.Y. No. 1:07-cv-7411-BSJ |

**STIPULATION AND ORDER OF WITHDRAWAL OF
NOTICE OF APPEAL AS AGAINST APPELLEE TPS MCADAMS, LLC**

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure,

Appellant WestLB AG, New York Branch ("WestLB") and Appellee TPS McAdams,

LLC ("McAdams") hereby agree that WestLB's Notice of Appeal to the United States

District Court for the Southern District of New York, dated July 25, 2007 and filed on

this Court's docket on August 21, 2007 [Docket No. 1], from the Order Granting

60035363_1.DOC

Defendants' Motion to Dismiss the Amended Complaint, dated July 16, 2007, should be dismissed as against McAdams with prejudice.

| | |
|---|---|
| Dated: New York, New York<br>October 31, 2007 | HUGHES HUBBARD & REED LLP<br><br>By: _____<br>David W. Wiltenburg<br>Christopher K. Kiplok<br>Daniel C. Doeschner<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br><br>Attorneys for Appellant<br>WestLB AG New York Branch |
| Dated: New York, New York<br>November 1, 2007 | HUNTON & WILLIAMS LLP<br><br>By: _____<br>Brian V. Otero<br>Stephen R. Blacklocks<br>200 Park Avenue, 52nd Floor<br>New York, New York 10166-0136<br>(212) 309-1000<br><br>Attorneys for Appellee TPS McAdams, LLC |
| Dated: New York, New York<br>~~November __, 2007~~<br>December 6, 2007 | SO ORDERED:<br><br>_____<br>Barbara S. Jones<br>United States District Judge |

60035363_1.DOC